IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISSAC ZACHARY SENIOUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-99-E |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| COMMISSIONER KILOLO KIJAKAZI, ) | |
| ) | |
| Defendant. ) | |

O R D E R

AND NOW, this 31st day of May, 2023, upon consideration of counsel for Plaintiff's Motion for Leave to Withdraw as Counsel for Issac Zachary Seniour (Doc. No. 4), filed in the above-captioned case on April 7, 2023, and in light of the Court's April 11, 2023 Order (Doc. No. 5),

IT IS HEREBY ORDERED that this case is DISMISSED. As such, the Motion for Leave to Withdraw as Counsel is DENIED as MOOT.

In the Motion for Leave to Withdraw as Counsel, Plaintiff's counsel informed the Court that Plaintiff Issac Zachary Seniour had ceased communicating with him in regard to this case and that, in fact, Plaintiff had not even indicated whether he wished to pursue a federal court appeal of the denial of his claim for Social Security disability benefits. Pursuant to its April 11, 2023 Order, the Court instructed Plaintiff to personally respond in writing, no later than May 12, 2023, as to whether he wished to pursue the appeal of the denial of his Social Security disability claim filed in this matter and, if so, what his intentions were in regard to counsel. Plaintiff was advised that failure to respond

to the Court's Order by May 12 will be deemed an indication that he does not wish to pursue his appeal, in which case the Court will dismiss the matter. As of this date, nearly three weeks after a response was due, the Court has received nothing from Plaintiff. Accordingly, the Court has no basis for finding that Plaintiff wishes to pursue this action, and the case is therefore dismissed.

                                                      s/Alan N. Bloch
                                                      United States District Judge

Dated:     May 31, 2023

ecf:       Counsel of record

cc:        Issac Zachary Seniour
          111 Kaneville Road
          Oil City, PA 16301